RAYMOND NATELL, an Infant, by FRANK PATTERSON, His Guardian ad Litem, et al., Appellants, *v.* TAYLOR-FICHTER STEEL CONSTRUCTION COMPANY et al., Respondents, Impleaded with Another.

Submitted June 11, 1940; decided July 24, 1940.

*Joseph F. Lenihan* and *Louis D. Posner* for appellants.

*H. H. Brown* and *E. C. Sherwood* for Taylor-Fichter Steel Construction Company, respondent.

*Abraham Dubensky*, in person, *Manton Marks* and *Stanley R. Levy* for Abraham Dubensky et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.